IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:93CR27 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| TIMOTHY E. AGEE, | ) ) | |
| Defendant. | ) | |

    Defendant Timothy E. Agee appeared before the court on July 1, 2005, on a Petition for Offender Under Supervision [584] and an Amended Petition for Offender Under Supervision [592]. The defendant was represented by appointed counsel Kimberly Novak and the United States was represented by Assistant U.S. Attorney William Mickle.  The defendant admits allegations 2 and 3. Allegation 1 is dismissed without prejudice on the motion of the United States.

    IT IS ORDERED that a final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m., on September 7, 2005.**  Defendant must be present in person.

    Dated this 5th day of July, 2005.

                                BY THE COURT:

                                s/ Joseph F. Bataillon
                                JOSEPH F. BATAILLON
                                United States District Judge